UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TORREY BARLOW<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  12-2248<br>SECTION:  L (4) |
| STEPHONE CALDWELL<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  13-1007<br>SECTION:  L (4) |
| MICHAEL TURNER<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  13-1035<br>SECTION:  L (1) |
| ASHLEY WILLIAMS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  13-1041<br>SECTION:  L (4) |
| DEBRA MILES<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  13-2715<br>SECTION:  L (5) |
| STEPHEN GRANIER<br>VERSUS<br>BP P.L.C. ET AL.. | CIVIL ACTION<br>NO.  17-2674<br>SECTION:  L (2) |
| ROSIA ADAMS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3000<br>SECTION:  L (2) |
| BERNICE SHELANDA ANDERSON<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO. 17-3020<br>SECTION: L (5) |
| VELMA LOIS BRAZZLE<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3078<br>SECTION:  L (1) |
| CLARENCE LEON BRIDGES<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3080<br>SECTION:  L (1) |
| JIMMY BRIGGS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO. 17-3083<br>SECTION: L (1) |
| KAREN VANESSA BROOKS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3088<br>SECTION:  L (5) |
| ARTHUR RAY BROWN<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3093<br>SECTION:  L (1) |
| MICHAEL BOATRIGHT<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3111<br>SECTION:  L (5) |
| YOLANDA MARIE DEDEAUX<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3143<br>SECTION:  L (1) |
| WILBERT JOSEPH DORSEY<br>VERSUS | CIVIL ACTION<br>NO.  17-3154 |

| | |
|---|---|
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION:  L (2) |
| THOMAS MICHAEL ENGLAND<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3180<br>SECTION:  L (5) |
| JOSEPH YERKES<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3194<br>SECTION:  L (1) |
| TERRI HASDORFF<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3233<br>SECTION:  L (5) |
| ELVIS JERROD HARRIS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3266<br>SECTION:  L (1) |
| WILLIE MARVIS HAYNES<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3272<br>SECTION:  L (1) |
| ALAN DELON HENDERSON<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3273<br>SECTION:  L (1) |
| SHERRY ANN HILL<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3278<br>SECTION:  L (2) |
| JULIUS ALAN HILLIARD<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3279<br>SECTION:  L (5) |
| DANE RAY HOLDER, II<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3283<br>SECTION:  L (4) |
| ALFONSO CARDELL HOWZE<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3288<br>SECTION:  L (5) |
| GLENDA M. LEWIS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3325<br>SECTION:  L (5) |
| KENDRICK SHARONTA LIDDELL<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3332<br>SECTION:  L (4) |
| TRUDY MARTIN<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3360<br>SECTION:  L (1) |
| PATRICK L. POIRSON<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3378<br>SECTION:  L (2) |
| LEE ALEXANDER MINTON<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3400<br>SECTION:  L (5) |
| KENDALL RASHUN MOORE<br>VERSUS | CIVIL ACTION<br>NO.  17-3402 |

| | |
|---|---|
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION:  L (2) |
| BRENDA LEE ALLEN<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3479<br>SECTION:  L (1) |
| ELIZABETH THERESA DOUD<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3534<br>SECTION:  L (4) |
| ANGELA LAVERNE DURDEN<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3536<br>SECTION:  L (2) |
| MARIO DE'SHANNON DURR<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3538,<br>SECTION:  L (2) |
| SHANTAE L. MICKLES<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3566<br>SECTION:  L (5) |
| TASCHET L. MILLER<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3569<br>SECTION:  L (5) |
| TONY ORANGE<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3592<br>SECTION:  L (1) |
| CHADWICK L. BARRINGTON<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3632<br>SECTION:  L (5) |
| MARKELIN MENDEZ CARGILL<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3644<br>SECTION:  L (4) |
| SUSANA DE PAZ<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3892<br>SECTION:  L (1) |
| TERRIE FLEMING<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3990<br>SECTION:  L (2) |
| CAROLYN GAINEY<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-3993<br>SECTION:  L (4) |
| JARVIS MARCEL HOOKER<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4065<br>SECTION:  L (1) |
| TA'TANISHA NAKIA BRANDON<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4137<br>SECTION:  L (5) |
| SHATA DENISE CHAPMAN<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4155<br>SECTION:  L (4) |
| ROBERT LEE QUIROZ<br>VERSUS | CIVIL ACTION<br>NO.  17-4166 |

| | |
|---|---|
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION:  L (4) |
| ESMERALDO LADETTE TORRES<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4204<br>SECTION:  L (4) |
| FRANK TOWNSER, JR.<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4205<br>SECTION:  L (1) |
| MIA CHANTI WARE<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4221<br>SECTION:  L (2) |
| MICHAEL SCARBOROUGH<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4243<br>SECTION:  L (5) |
| LAJOY SMITH<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4250<br>SECTION:  L (1) |
| LINDA TROTTER SMITH<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4251<br>SECTION:  L (1) |
| PATRICK STANTON<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4258<br>SECTION:  L (2) |
| CARRINGTON STREET<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4259<br>SECTION:  L (2) |
| ARCHIE WATKINS, JR.<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4274<br>SECTION:  L (2) |
| HOLLY WILLIAMS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4307<br>SECTION:  L (2) |
| EILEEN DANIEL<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4309<br>SECTION:  L (2) |
| JAMES GONZALES<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4333<br>SECTION:  L (1) |
| JAMES HARMON<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4341<br>SECTION:  L (1) |
| DANA HATCHER<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4348<br>SECTION:  L (1) |
| BRANDON JONES<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4378<br>SECTION:  L (2) |
| DARLA ROOKS, ET AL<br>VERSUS | CIVIL ACTION<br>NO.  17-4400 |

| | |
|---|---|
| BP EXPLORATION & PRODUCTION, INC., ET AL | SECTION:  L (2) |
| HIBBARD LETT<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4409<br>SECTION:  L (5) |
| TRACI MCINNIS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4436<br>SECTION:  L (2) |
| RAYMOND MILLENDER<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4439<br>SECTION:  L (5) |
| KENNETH MILLS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4448<br>SECTION:  L (2) |
| KHA NGUYEN<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4468<br>SECTION:  L (1) |
| DELRICK PETTWAY<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4481<br>SECTION:  L (2) |
| RICCO ROBINSON, JR.<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4536<br>SECTION:  L (5) |
| KATRINA NICOLE SCOTT<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4579<br>SECTION:  L (4) |
| THOMAS EARL STEPHENS, SR.<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4592<br>SECTION:  L (5) |
| MICHAEL EPPA TEBBS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4605<br>SECTION:  L (4) |
| ERIC CHRISTOPHER VAZQUEZ, JR.<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4617<br>SECTION:  L (5) |
| J.T. BROOKS<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  17-4655<br>SECTION:  L (1) |
| JOHNNIE M. CLOPTON<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  19-11671<br>SECTION:  L (2) |
| RICHARD V. WOOD<br>VERSUS<br>BP EXPLORATION & PRODUCTION, INC., ET AL | CIVIL ACTION<br>NO.  19-11701<br>SECTION:  L (4) |

## **ORDER**

Having received the parties' proposed deadlines for the expert discovery phase, the Court accepts and adopts the proposed deadlines. Accordingly,

**IT IS ORDERED** that the parties adhere to the following deadlines in the seven cases that have been selected for expert discovery (*Barrington*, 17- 3632; *Pettway*, 17-4481; *Williams*, 17-4307; *Liddell*, 17-3332; *Durr*, 17-3538; *Briggs*, 17-3083; and *Daniel*, 17-4309 (alternate).

| | |
|---|---|
| **April 8:** | Plaintiffs produce their expert reports. |
| **May 9:** | Defendants produce their expert reports. |
| **June 8:** | The parties file *Daubert* motions (if any). |

The Court will hold a telephone status conference to discuss the status of discovery and potential trial dates. Accordingly,

**IT IS FURTHER ORDERED** that a telephone status conference is **SCHEDULED** for Friday, April 1, 2022 at 8:30 AM. The parties are instructed to use the following dial-in information and to join the line five minutes before the scheduled time.

| | |
|---|---|
| Dial-in: | 877-336-1839 |
| Access code: | 4227405 |

**IT IS FURTHER ORDERED** that the telephone status conference previously set for March 16, 2022 is **CANCELED**.

**IT IS FURTHER ORDERED** that the case recently transferred to this section, *Anderson v. BP Exploration & Production, Inc. et al*, No. 17-3020, shall be subject to the previous orders governing the BP-B3 cases in this section and that any previous scheduling order in that case shall be vacated.

New Orleans, Louisiana, this 7th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE